SCANNED at WVCF and Emailed on

8-15-17 by BH - 23 pages.
(date)      (initials)  (num)

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**12:52 pm, Aug 14, 2017**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Laura A. Briggs, Clerk

SAMUEL DAVIS

    PLAINTIFF             CASE NO   2:17-cv-389-WTL-MJD

    V

DENTITIST- MS. JIMMERSON,

HEALTH SERVICE ADMINISTRATOR- KIM HOBSON,

REGISTERED NURSE- MRS. ROBINSON, GRIEVANCE

SPECIALIST - TERESA LITTLEJOHN, DENTAL ASSITANT -

#1 _____ , DENTAL ASSITANT #2

## COMPLAINT UNDER 42 U.S.C §1983

i

    COMES NOW SAMUEL DAVIS, PLAINTIFF PRO SE, WHO FILES HIS COMPLAINT AND COMPLAINS OF DEFENDANTS, AND FOR HIS CAUSE OF ACTION ALLEGES AND SAYS AS FOLLOWS:

    DEFENDANTS AT ALL TIMES RELEVANT TO THIS CAUSE OF ACTION WHERE EMPLOYEED AT THE W.V.C.F, AND FOR THE IDOC, AND FOR THE STATE OF INDIANA, AND THEY'RE DEFINED AS A PERSON UNDER 42 U.S.C §1983, LIABLE FOR THE VIOLATION OF FEDERALLY PROTECTED RIGHTS WHILE ACTING UNDER COLOR OF STATE LAW. FURTHER, AT ALL TIMES RELEVANT TO THIS CAUSE OF ACTION DEFENDANTS WHILE ACTING INDIVIDUALLY, UNDER COLOR OF STATE LAW DEPRIVED PLAINTIFF OF FEDERALLY PROTECTED RIGHTS.

## NATURE OF CLAIM

DEFENDANTS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY, ACTING SINGULARLY AND IN CONSPIRACY, ENGAGED IN CONDUCT TOWARD ACHIEVING DEPRIVATION OF PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, UNDER COLOR OF STATE LAW. THIS CONDUCT WAS TO RETALIATE AGAINST PLAINTIFF, FOR HIS PURSUIT OF GRIEVANCES / LAWSUITS AT THE WABASH VALLEY CORRECTIONAL FACILITY. (THIS WAS MEANT TO PUNISH PLAINTIFF) WITHOUT DUE PROCESS, BASED ON RETALIATION, BASED ON PLAINTIFF FILING AN INFORMAL GRIEVANCE / LAWSUIT

THESE DEFENDANTS HAVE A CUSTOM/PRACTICE AND POLICY AT THE WABASH VALLEY COR-RECTIONAL FACILITY WHEREBY THEY RETALIATE/PUNISH BOTH STAFF AND OFFENDERS. THIS CUSTOM/PRACTICE/POLICY HAS BEEN ONGOING AT THIS FACILITY FOR OVER TWENTY (20) YEARS. THE DE-FENDANT'S CONDUCT WAS INTENTIONAL AND GROSSLY NEGLIGENT, DELIBERATELY INDIFFERENCE, AND INDICATIVE OF ACTIVE MALICE TOWARD PLAINTIFF. THOSE ACTIONS AND INACTIONS REPRE-SENT A DISREGARD, AND TOTAL INDIFFERENCE OF THE PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, JUSTIFYING AN AWARD OF PUNITIVE DAMAGES IN ADDITION TO ANY ACTUAL AND COMPENSATORY DAMAGES THE PLAINTIFF IS ENTITLED TO RECOVER.

## III.

## STATEMENT OF FACTS TO CLAIM

1. ON JUNE 18, 2014, PLAINTIFF RECEIVED HIS TOP PARTIAL PLATE BY DENTIST MS. JIMMERSON AT THE WABASH VALLEY CORRECTIONAL FACILITY.

2. ON JUNE 18, 2014 PLAINTIFF FILLED OUT (A REQUEST FOR HEALTH CARE FORM (WVCF 195322), THIS FORM WAS RELATIVE TO SOMETHING DID NOT FEEL RIGHT WITH PARTIAL.

3. ON AUGUST 19, 2014 PLAINTIFF FILLED OUT A REQUEST FOR HEALTH CARE FORM (WVCF 190865) STATING - I'm HAVING PAIN IN MY TWO (2) LEFT BACK TEETH AND SCHEDULE ME FOR AN APPOINTMENT.

4. ON SEPTEMBER 7, 2014 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM. (WVCF 198419) STATING AGAIN - SOMETHING ISN'T RIGHT WITH MY PARTIAL YOU FITTED ME FOR.

5. ON OCTOBER 15, 2014 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WVCF 190096) STATING - DR. JAY YOU FITTED ME FOR MY PARTIAL PLATE WHEN I WAS IN THE SHU (LOCK-UP), I SENT YOU A REQUEST SEPTEMBER 7, 2014. AND THE REQUEST WAS FORWARD TO YOU FOR SCHEDULING. ITS BEEN OVER A MONTH. WILL YOU PLEASE SCHEDULE ME FOR A APPOINTMENT.

6. ON NOVEMBER 9, 2014 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WVCF 28731) STATING - I'm STILL HAVING PROMBLEMS WITH MY PARTIAL. IT "BROKE" A- GAIN IN THE SAME SPOT YOU REPAIRED LAST TIME. WILL YOU SCHEDULE ME APPOINTMENT.

7. ON MAY 14, 2015 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WCVF 213264) STATING - STILL HAVING PROBLEMS WITH MY PARTIAL.

8. ON JANUARY 3, 2016 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WVCF 250524) STATING - I'm GOING TO TRY TO EXPLAIN WHAT I'm EXPERIENCING. ITS A EMERGNCY. I CAN FEEL WHAT SEEMS TO BE A BONE SPUR FROM TOP LEFT CANINE TO TOP RIGHT CANINE. AND WHEN I PUSH ALONG THIS AREA ITS CAUSING THE BACK SIDE OF MY GUMS TO BLEED. ITS EYE WATERING PAIN. I NEED TO SEE YOU IMMEDIATELY. SOME- THING ISN'T RIGHT.

9. ON SEPTEMBER 7, 2016 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WVCF 248984) STATING - I WAS FITTED FOR TOP PARTIAL 2013-2014. NOT FOR SURE OF EXACT DATE. ON 9/1/16 I STARTED EXPERIENCING PAIN IN MY BOTTOM ROW OF TEETH CANINE TO CANINE AND TOP TWO CANINE TEETH. ON 9/6/16 I NOTICE PARTIAL PLATE HAS GRINDED MY TEETH FLAT. MY TEETH ARE REALLY SENSITIVE TO ANY-THING WITH SUGAR.

10. ON OCTOBER 25, 2016 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WCVF 245869) STATING - INFORMAL COMPLAINT - 2ND HCRF - I WAS FITTED FOR MY TOP PARTIAL 2014. I STARTED EXPERIENCING PAIN IN MY BOTTOM TEETH. I NOTICE PARTIAL PLATE HAS GRINDED MY TEETH. I NEED TO SEE DENTIST REGARDING THIS ISSUE. I FILLED OUT 1ST HCRF IN SEPTEMBER 14, 2016 AND I STILL HAVEN'T SEEN DENTIST. WILL YOU PLEASE SCHEDULE ME AN APPOINTMENT.

11. ON NOVEMBER 20, 2016 PLAINTIFF FILLED-OUT A REQUEST FOR HEALTH CARE FORM (WVCF 193244) STATING - INFORMAL COMPLAINT - I WAS FITTED FOR A TOP PARTIAL PLATE IN 2014. SINCE THEN MY PARTIAL HAS GRINDED MY BOTTOM TEETH AND TOP TWO CANINES FLAT. DENTAL CHARTED I WAS SEEN ON OCTOBER 27, 2016 FOR ADJUSTMENT OF PAR-TIAL. THE UPPER PARTIAL WAS CHECKED AND ADJUSTED. NOTE* THE DENTIST TOOK A AIR-TOOL WITH A CARBOM BIT AND GRINDED THE UPPER PARTIAL IN AN ATTEMPT TO STOP BOTTOM TEETH FROM HITTING PARTIAL.

12. BACK UP TO 9-14-16 , ON SEPTEMBER 14, 2016 THE PLAINTIFF FILED AN INFORMAL COMPLAINT - INFORMAL PROCESS LEVEL GRIEVANCE. STATING - I GOT FITTED FOR A TOP PARTIAL PLATE 2013-2015. NOT FOR SURE ON DATE. ON 9-1-16 I STARTED EXPERIENCING PAIN IN MY BOTTOM ROW OF TEETH BETWEEN CANINE TO CANINE AND TOP TWO CANINES

ON 9-1-16 I NOTICE PARTIAL HAS GRINDED TEETH FLAT. TOP CANINES & BOTTOM TEETH.

I NEED YOU TO SCHEDULE ME A APPOINTMENT REGARDING THIS ISSUE. MY TEETH

ARE REALLY SENSITIVE TO ANYTHING WITH SUGAR. FOLLOW-UP REGARDING PARTIAL.

NOTE-OUT OF RETALIATION FOR FILING GRIEVANCES/LAWSUITS ON FRIENDS (CO-WOR-

KER). CORIZON-RN-MRS. ROBINSONS RESPONSE WAS - PLEASE FILL OUT A HCRF

REQUESTING TO SEE DENTAL FOR YOUR ABOVE COMPLAINT.

13. ON SEPTEMBER 27, 2016 PLAINTIFF FILED AN OFFENDER GRIEVANCE; GRIE-

VANCE NUMBER 93855  REQUESTING TO BE SEEN BY DENTAL AND STATING DENTIST

SHOULD BE RESPONSIBLE FOR FIXING MY TEETH.

14. ON OR ABOUT NOVEMBER 17, 2016 I RECEIVED OFFENDER GRIEVANCE RESPONSE RE-

PORT FROM HEALTH SERVICE ADMINISTRATOR K. HOBSON'S STAT

PORT- GRIEVANCE NUMBER 93855 FROM HEALTH SERVICE ADMINISTRATOR K. HOBSON.

SHE STATED- HCRF 248984 WAS RECEIVED ON 9/8/16 BY DENTAL. HCRF 245869 WAS RE-

CEIVED BY DENTAL ON 10/27/16. YOU WERE ALREADY ON THE DENTAL SCHEDULE TO BE

SEEN ON 10/27/16. DENTAL CHARTED YOU WERE SEEN 10/27/16 FOR ADJUSTMENT OF PAR-

TIAL. THE UPPER DENTURE WAS CHECKED AND ADJUSTED. THE DENTIST ALSO "EDUCATED"

YOU ON THE DATE THAT YOUR TEETH ARE NOT FLATTENING DUE TO THE PARTIAL

BUT DUE TO THE NATURAL AGING PROCESS OUR TEETH WEAR DOWN. YOU WERE ONLY

CHARGED $5.00 CO-PAY FOR HCRF 248984.

G.S FINDING (TERESA LITTLEJOHN) -PER THE STATEMENT NOTED ABOVE THE OFFENDER

WAS SCHEDULED TO BE SEEN WHEN THE 2ND REQUEST WAS SUBMITTED. HE WAS SEEN AND

EDUCATED ON THE CURRENT CONDITION OF HIS TEETH.

15. ON 12-2-17 PLAINTIFF FILED AN OFFENDER GRIEVANCE PROGRAM GRIEVANCE

APPEAL. GRIEVANCE NUMBER 93855. SEE ATTACHED PAGE SIX (6).

16. ON OR AROUND FEBRUARY 2, 2017 I RECEIVED OFFENDER GRIEVANCE RESPONSE REPORT; GRIEVANCE NUMBER 93855 STATES - I HAVE REVIEWED YOUR GRIEVANCE AND CONCURR WITH FORMAL GRIEVANCE LEVEL RESPONSE. EVEN THOUGH 2 HCRF's WERE RECEIVED YOU WERE ONLY SCHEDULED ON ONE DATE AND SEEN ON ONE OCCASION. THERE IS ONLY ONE CO-PAY OF $5.00 REFLECTED FOR THIS. GRIEVANCE DENIED.

NOTE * MY INFORMAL WAS REGARDING PARTIAL AND PAIN. NOTHING ABOUT A $5.00 CO-PAY. RESPONSE WAS OUT OF RETALIATION BASED ON GRIEVANCES/LAWSUITS FILED A-GAINST FRIENDS (CO-WORKER) HAS TO BE. BECAUSE AS OF AUGUST 6, 2016 DENTAL STILL REFUSES TO ATTEMPT TO FIX ISSUE. THAT DENTIST MS. JIMMERSON IS RESPONSIBLE FOR. NOR HAS SHE PROVIDED ME WITH ANY TYPE OF PAIN MEDICATION SINCE THEN.

17. BACK UP TO JANUARY 4, 2017 DENTIST - MS. JIMMERSON PUT HER HANDS ON ME. THIS ISSUE IS BEING ADDRESSED IN FOLLOWING COMPLAINT; CASE LOG # 95140 DR. JIM-MERSON STATES ON THAT DATE THAT YOU HAD YOUR HAT ON, YOUR HANDS WERE CUFFED (WHICH IS NOT TRUE, I WAS IN FHU - RESTRICTIVE MOVEMENT - OFFENDER ARE NOT CUFFED, ONLY ESCORTED BY AN OFFICER) AND SHE GENTLY REMOVED IT. ONE THING FOR CER-TAIN SHE NEVER SHOULD HAVE PUT HER HANDS ON PLAINTIFF PERIOD. TWO (2) THEIR WAS NOTHING GENTLE WHEN DEFENDANT REMOVE HAT. THREE (3) SHE JUST ADMITTED TO PUTTING HER HANDS ON PLAINTIFF. SEE OFFENDER COMPLAINT; OFFENDER GRIEVANCE; OFFENDER GRIEVANCE RESPONSE REPORT; CASE LOG # 95140

18. ON JULY 25, 2017 PLAINTIFF FILLED-OUT REQUEST FOR HEALTH CARE FORM (WVCF 260479) STATING - I NEED YOU TO FIT ME FOR A NEW TOP PARTIAL, BECAUSE MY TOP TWO (2) CANINES, AND BOTTOM TWO (2) CANINES AND THE FOUR (4) BOTTOM TEETH BE-TWEEN BOTTOM TWO (2) CANINES HURT AND I CAN'T TAKE IT ANY LONGER. I'M SORRY FOR THE MISUNDERSTANDING YOU'RE A NICE PERSON. BUT, MY PARTIAL HAS GRINDED THE ABOVE MENTION TEETH FLAT AND YOU CAN SEE DECAY. I THOUGHT I COULD WAIT

UNTIL I WENT HOME BUT I CAN'T.

IV.

PLAINTIFF'S COMPLAINT CLAIMS

CLAIM I

VIOLATION OF TITLE 42 U.S.C. §1983

19. PLAINTIFF REITERATES AND INCORPORATES BY REFERENCE EACH AND EVERY ALLEGATION.
AND REITERATES AND INCORPORATES EACH AND EVERY CLAIM/DAMAGES IN HIS COMPLAINT FILED.

CLAIM II

20. DEFENDANTS, TOOK AN ACTIVE PART (BY CONSPIRACY) IN RETALIATING AGAINST
PLAINTIFF. THIS CONDUCT WAS TO RETALIATE AGAINST PLAINTIFF, FOR HIS PURSUIT OF GRIEVANCES/
LAWSUITS ON THEIR FRIENDS (CO-WORKERS) AT THE WABASH VALLEY CORRECTIONAL FACILITY,
VIOLATING PLAINTIFFS FIRST, FIFTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES
CONSTITUTION, AND CONSTITUTES ILLEGAL PUNISHMENT, WITHOUT DUE PROCESS, INTENTIONAL
WANTON AND MALICIOUS CONDUCT, AND IS INDICATIVE OF THE DEFENDANTS TOTAL AND RECK-
LESS DISREGARD OF, AND DELIBERATE INDIFFERENCE TO THE CONSTITUTIONAL RIGHTS OF DAVIS.

CLAIM III

PUNITIVE DAMAGES

21. PLAINTIFF REITERATES AND INCORPORATES BY REFERENCE EACH AND EVERY
ALLEGATION.

22. THE ACTIONS AND DELIBERATE CONDUCT BY THESE DEFENDANTS IN ATTEMPTING
TO RETALIATE AGAINST PLAINTIFF, AND IN RETALIATING AGAINST PLAINTIFF, RESULTING
IN PUNISHMENT OF PLAINTIFF, I AM SUFFERING IRREPARABLE PAIN IN THE FORM OF

CONTINUED PHYSICAL AND MENTAL PAIN AND SUFFERING AND AN INCREASING RISK THAT
MY TEETH WILL NEVER BE RESTORED TO ITS FULL USEFULNESS, DUE TO MAL-PRACTICE
BY DENTAL. AND FOR UTILIZING THE IDOC GRIEVANCE PROCEDURES AND COURTS, AS PRO-
TECTED BY THE FIRST AMENDMENT OF THE U.S. CONSTITUTION. WHEN THESE DEFENDANTS
KNOW THAT THIS TYPE OF CONDUCT IS STRICTLY FORBIDDEN BY IDOC. POLICY, STATE AND
FEDERAL LAW. BASED ON THIS PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF
$250,000, TO DETER THESE DEFENDANTS FROM THIS TYPE OF CONDUCT IN THE FUTURE.

## V.

## PRAYER FOR RELIEF

WHEREFORE, THE PLAINTIFF SAMUEL DAVIS RESPECTFULLY PRAYS THIS COURT
AFFORD THE FOLLOWING RELIEF RELATIVE TO THIS COMPLAINT.

23. ALLOW PLAINTIFF TO FILE THIS COMPLAINT IN THIS ACTION.

24. DECLARE THAT THE ACTS OF DENIALS OF THE DEFENDANTS DESCRIBED HEREIN
VIOLATED DAVIS' RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

25. ENTER A DECLARATORY JUDGEMENT THAT THE DEFENDANTS HAVE VIOLATED
THE FIRST, FIFTH, EIGHT, AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES
CONSTITUTION FOR THE REASONS SPECIFIED ABOVE.

26. ENTER AN ORDER AWARDING DAMAGES IN FAVOR OF PLAINTIFF IN THE AMOUNT
OF 250-THOUSANDS DOLLARS. FURTHER, PURSUANT TO 42 U.S.C § 1988 TO MAKE PLAINTIFF
WHOLE, HE SHOULD RECEIVE THE COST OF THIS ACTION AND RELATED FEES, AS ALLOWED
BY LAW, AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, AND AN AWARD OF PUNI-
TIVE DAMAGES IN THE AMOUNT OF $250,000, TO DETER THESE DEFENDANTS FROM THIS
TYPE OF CONDUCT IN THE FUTURE.

27. ENTER AN ORDER OF PROTECTION/OR A PRELIMINARY INJUNCTION FOR ALL

EVIDENCE IN THIS MATTER TO BE PRESERVED BY THE DEFENDANTS. BASED ON THE DEFENDANTS DOCUMENT RETENTION POLICY (INDIANA DEPARTMENT OF CORRECTION RETENTION POLICY #00-04-102) WHICH ALLOWS THEM TO DESTROY DOCUMENTS AS A MATTER OF ROUTINE, SIMPLY BASED ON TIME FRAMES HAVING PASSED. MAKING THIS ORDER OF PROTECTION/PRELIMINARY INJUNCTION NECESSARY TO PRESERVE EVIDENCE IN THIS CAUSE.

28. ORDER A SCHEDULE TO ESTABLISH DATES FOR COMPLETION OF DISCOVERY AND OTHER PRETRIAL PROCEDURES, INCLUDING A DATE SET FOR JURY TRIAL (WHICH IS REQUESTED IN THIS ACTION).

29. ENTER AN ORDER GRANTING PLAINTIFF DECLARATORY JUDGEMENT AS TO PLAINTIFFS TEETH BEING FIXED.

30. ORDER ANY SUCH ADDITIONAL RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Samuel Davis

SAMUEL DAVIS D.O.C #962441

W. V. C. F

P. O. BOX 1111

CARLISLE, INDIANA 47838

VERIFICATION

I SAMUEL DAVIS, HEREBY VERIFY UNDER THE PENALTIES OF PERJURY, THAT THE FACTS, DATES, AND CONTENTS OF THE FORGOING PLAINTIFF'S COMPLAINT UNDER 42 U.S.C§ 1983 AND ATTACHED DOCUMENTS ARE AUTHENTIC, TRUE, AND CORRECT TO THE BEST OF MY KNOWLEDGE, SWORN THIS 6th DAY OF AUGUST, 2017.

SAMUEL DAVIS

10

PLAINTIFF PRO SE

CERTIFICATE OF SERVICE

I SAMUEL DAVIS, HEREBY CERTIFY THAT ON THE 6th DAY OF AUGUST, 2017, A COPY OF THE FORGOING COMPLAINT WAS FILED ELECT- RONICALLY. SERVICE OF THIS FILLING WILL BE MADE ON ALL ECF-REGISTER- ED COUNSEL BY OPERATION OF THE COURTS ELECTRONIC FILING SYSTEM. PARTIES MAY ACCESS THIS FILING THROUGH COURT'S SYSTEM.

Samuel Davis

SAMUEL DAVIS

PRO SE

11